UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL JOSEPH SERRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY, et al.,<br><br>    Defendants. | No. 2:24-cv-02251-DAD-SCR<br><br>ORDER TO SHOW CAUSE |

Plaintiff is proceeding pro se in this action. This matter was referred to the undersigned by operation of Local Rule 302(c)(21). On April 8, 2025, the Court entered an order directing service of Plaintiff's Second Amended Complaint. ECF No. 8. The order provided in relevant part: "Plaintiff is directed to supply the U.S. Marshal, **within 15 days** from the date this order is filed, all information needed by the Marshal to effect service of process, <u>and shall promptly file a statement with the court that said documents have been submitted to the United States Marshal</u>." ECF No. 8 at 3 (emphasis in original). Plaintiff should have filed such statement by April 23, 2025. No statement was filed, no return of service has been filed, and no defendant has appeared. The Order cautioned that: "Failure to comply with this order may result in a recommendation that this action be dismissed." *Id.* at 3.

1

1      Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall respond to this order in
2  writing **within 14 days** and show cause why this action should not be dismissed for failure to
3  prosecute pursuant to Federal Rule of Civil Procedure 41 and Local Rule 110.  Plaintiff may
4  satisfy this order to show cause by complying with the court's April 8 order and filing a statement
5  that the relevant documents have been submitted to the U.S. Marshal within 14 days.
6      IT IS SO ORDERED.
7  DATED: June 12, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE