UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL JOSEPH SERRIS,<br>Plaintiff,<br>v.<br>SOLANO COUNTY, et al.,<br>Defendants. | No. 2:24-cv-2251-DAD-SCR<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE</u><br><br>(Doc. No. 12) |

Plaintiff initiated this civil action by filing a complaint on August 19, 2024, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On April 8, 2025, the assigned magistrate judge screened plaintiff's second amended complaint, found it appropriate for service on two named defendant, and directed plaintiff to supply the U.S. Marshal, within 15 days, all information needed to effect service of process. (Doc. No. 8.) When plaintiff did not provide the necessary information for service to the Marshal within the time provided, on June 12, 2025, the magistrate judge issued an order requiring plaintiff to show cause in writing why this case should not be dismissed due to his failure to prosecute, advising plaintiff that he could satisfy the order by providing the relevant documents to the Marshal within fourteen (14) days. (Doc. No. 11.) Although served with the

order to show cause, plaintiff did not respond. Accordingly, on July 14, 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute. (Doc. No. 12.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 4.) Plaintiff has not filed any objections to those findings and recommendations, or otherwise communicated with the court, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued July 14, 2025 (Doc. No. 12), are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute; and
3. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: **October 18, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE